UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| PRESIDENT CASINOS, INC., et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |
| _____ ) | |
| ) | |
| PRESIDENT CASINOS, INC., ) | |
| ) | |
| Individually and as Trustee of that certain ) | |
| President River Boat Casino-Missouri, Inc. ) | |
| Distribution Trust dated December 20, ) | |
| 2006, ) | |
| ) | |
| Plaintiff- Appellant/Cross-Appellee, ) | |
| ) | |
| v. ) | Case No. 4:08CV166 HEA |
| ) | |
| COLUMBIA SUSSEX CORPORATION ) | |
| and WIMAR TAHOE CORPORATION, ) | |
| ) | |
| Defendants-Appellees/Cross-Appellants. ) | |
| ) | |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order with respect to the Bankruptcy Appeal of President Casinos, Inc., and the Opinion, Memorandum and Order with respect to Columbia Sussex' Cross-Appeal from the Bankruptcy, both entered this same dated,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the decision of the Bankruptcy Court on the breach of contract claim of PCI in favor of Columbia Sussex and against PCI is reversed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that decision of the Bankruptcy court on Columbia Sussex's cross claim in favor of Columbia Sussex and against PCI is reversed.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the Bankruptcy Court Order granting summary judgment in favor of PCI and against Columbia Sussex on PCI's *prima facie* tort claim is affirmed.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that this matter is remanded to the Bankruptcy Court for determination of the amount, if any, the award of prejudgment interest should be reduced by any income PCI received between the time of the breach and the resale of the President Casino.

Dated this 25th day of September, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE